UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LIDO MUSIC, INC.  )
1740 Broadway, 22nd Floor  )
New york, NY 10019  )
 )
VARRY WHITE MUSIC  )
6607 Sunset Boulevard  )
Los Angeles, CA 90028  )
 )
EX VW, INC.  )
6777 Hollywood Blvd., 7th Floor  )
Hollywood, CA 90028  )
 )
LOC'D OUT MUSIC  )
P.O.Box 36317  )
Los Angeles, CA 90036  )
 )
EMI VIRGIN MUSIC, INC.  )
75 Ninth Avenue, 4th Floor  )
New York, NY 10011  )
 )
ELLIOT WOLF MUSIC  )
223 Noth Guadelupe Street, PMB #113  )
Santa Fe, NM 87501  )
 )
RODSONGS  )
c/o Greenberg Traurig LLP  )
2450 Colorado Avenue, Suite 400E  )
Santa Monica, CA 90404  )
 )
HULEX MUSIC  )
10585 Santa Monica Blvd.  )
Los Angeles, CA 900025  )
 )
CAUSE AND EFFECT MUSIC  )
151 Morningside Drive  )
San Anselmo, CA 94960  )

|  |  |
|---|---|
| KINDA BLUE MUSIC<br>423 Laguna Vista Road<br>Santa Rosa, CA 95401<br><br>    Plaintiffs,<br><br>    v.<br><br>GUARDS, INC.<br>2915 M Street, NW<br>Washington, D.C. 20007<br><br>and<br><br>HOSSEIN SHIRVANI<br>2915 M Street, NW<br>Washington, D.C. 20007<br><br>Serve:<br><br>    Defendents. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action<br>)<br>)  No._____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF RULE LCvR 7.1

I, the undersigned, counsel of record for Plaintiffs Lido Music, Varry White Music, EX VW, Inc., Loc'd Out Music, EMI Virgin Music, Inc., Elliot Wolff Music, Rodsongs, Hulex Music, Cause and Effect Music, and Kinda Blue Music certify that to the best of my knowledge and belief, none of the foregoing Plaintiffs are publicly held companies, or have subsidiaries or affiliates, that have any outstanding securities in the hands of the public.

These representations are made in order that judges of the court may determine the need for recusal.

Attorney of Record

_[signature]_

Benjamin L. Zelenko, # 154088
BAACH ROBINSON & LEWIS PLLC
1201 F Street N.W., Suite 500
Washington, DC 20004-1225
Telephone: (202) 833-8900
Facsimile: (202) 466-5738

Counsel for Plaintiffs

Dated: March 24, 2008