AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Lido Music, Inc., et al.
1740 Broadway, 22nd Floor
New York, NY 10019
    Plaintiff(s)   )
              )  **APPEARANCE**
              )
     vs.      )  CASE NUMBER  08-00506
The Guards, Inc., et al.
2915 M Street N.W.
Washington, DC 20007
    Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Manuel S. Varela   as counsel in this
            (Attorney's Name)

case for: Lido Music, et al. (All Plaintiffs)
      (Name of party or parties)

4/2/2008
Date

*(signature)*
Signature

Manuel S. Varela
Print Name

1201 F Street N.W., Suite 500
Address

Washington DC, 20004
City    State    Zip Code

202-659-7874
Phone Number

461331
BAR IDENTIFICATION

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Entry of Appearance to be served this 2nd of April, 2008, via first class mail, to the following counsel of record:

David Grimaldi
Registered Agent
1900 L Street NW, Suite 401
Washington DC 20007

Hossein Shirvani
2915 M Street NW
Washington DC, 20007

_____
Manuel S. Varela