UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LIDO MUSIC, INC., et al.  :
1740 Broadway, 22nd Floor  :
New York, New York 10019  :
                                              :
      Plaintiffs  :
                                              :
v.  :
                                              :   Case No. 1:08-cv-00506 ESH
GUARDS, INC.  :
2915 M Street, N.W.  :
Washington, D.C. 20007  :
                                              :
And  :
                                              :
HOSSEIN SHIRVANI  :
2915 M Street, N.W.  :
Washington, D.C. 20007  :
                                              :
     Defendants  :

## ANSWER OF DEFENDANT GUARDS, INC. and HOSSEIN SHIRVANI

COME NOW the defendants herein GUARDS, INC. and HOSSEIN SHIRVANI, by and through counsel, Martell, Donnelly, Grimaldi & Gallagher, and answer the Complaint as follows:

## FIRST DEFENSE

These defendants admit the jurisdiction of the Court and admit the allegations contained in Paragraphs 1, 2 and 3.

## SECOND DEFENSE

The defendants admit the allegations contained in Paragraph 4.

### THIRD DEFENSE

These defendants admit that Hossein Shirvani is the President of the defendant Corporation, Guards, Inc.; the defendants deny all other allegations contained in Paragraph 5.

### FOURTH DEFENSE

The defendants deny allegations contained in Paragraph 6.

### FIFTH DEFENSE

The defendants admit the allegations contained in Paragraphs 7, 8 and 9.

### SIXTH DEFENSE

The defendants deny the allegations contained in Paragraphs 10, 11 and 12.

### SEVENTH DEFENSE

The defendants admit the allegations contained in Paragraph 13.

### EIGHTH DEFENSE

The defendants deny the allegations contained in Paragraph 14.

### NINTH DEFENSE

All allegations not specifically admitted herein are hereby denied.

As President of the defendant Corporation, the defendant Hossein Shirvani has no personal liability and should be dismissed.

Respectfully submitted,

MARTELL, DONNELLY, GRIMALDI & GALLAGHER


/s/ David F. Grimaldi
David F. Grimaldi          #005306
1900 L Street, N. W., Suite 401
Washington, D. C. 20036
(202) 293-0830
Counsel for defendants Guards, Inc. and
    Hossein Shirvani
d.grimaldi@mdgg.com


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer of Defendants Guards, Inc. and Hossein Shirvani to Complaint was e-filed with the Court and counsel this 7th day of April, 2008.

>Benjamin L. Zelenko, Esquire
>Baach Robinson & Lewis, PLLC
>1201 F Street, N.W., Suite 500
>Washington, D.C. 20004


/s/ David F. Grimaldi
David F. Grimaldi