AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Lido Music, Inc., et al.
1740 Broadway, 22nd Floor
New York, NY 10019

**SUMMONS IN A CIVIL CASE**

V.

Guards, Inc., et al.
2915 M Street, NW
Washington DC, 20007

Case: 1:08-cv-00506
Assigned To : Huvelle, Ellen S.
Assign. Date : 3/24/2008
Description: General Civil

TO: (Name and address of Defendant)

Hossein Shirvani
2915 M Street, NW
Washington DC 20007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Benjamin L. Zelenko

Baach Robinson & Lewis PLLC
1201 F Street, NW Suite 500
Washington DC 20004

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(By) DEPUTY CLERK

MAR 24 2008

DATE

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Lido Music, Inc., et al.

vs.

Guards, Inc., et al.

No. 1:08-CV-00506 ESH

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, DAVID S. FELTER, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint; Certificate of Rule LCvR 7.1; and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-01-1951.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 1:57 pm on March 30, 2008, I served Hossein Shirvani at 1237 Crest Lane, McLean, Virginia 22201 by serving Hossein Shirvani, personally. Described herein:

```
   SEX-    MALE
   AGE-    56
HEIGHT-    5'9"
  HAIR-    GRAY
WEIGHT-    185
  RACE-    WHITE
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 3-31-08
           Date

DAVID S. FELTER
1827 18th Street, NW
Washington, DC 20009
Our File#- 204206