UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LIDO MUSIC, INC., et al.            :
                                     :
      Plaintiffs           :
                                     :
v.                                   :
                                     :   Case No. 1:08-cv-00506  ESH
GUARDS, INC., et al.                 :
                                     :
      Defendants           :
_____

### **DEFENDANTS' RULE 26(a) INITIAL DISCLOSURES**

COME NOW the defendants herein GUARDS, INC. and HOSSEIN SHIRVANI, by and through counsel, Martell, Donnelly, Grimaldi & Gallagher, and submit the following Rule 26(a) Initial Disclosures.

**Disclosure #1**:  The name, address, and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claim or defenses, unless solely for impeachment, identifying the subjects of the information.

      Hossein Shirvani
      2915 M Street, N.W.
      Washington, D.C.
      Tel: (202) 965-2350

      Zachary Williams
      2915 M Street, N.W.
      Washington, D.C.
      Tel: (202) 965-2350

**Disclosure #2**:  A copy of, or a description by category and location of, all documents, tat compilations, and tangible things in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

      ASCAP's investigator's report and notes.

**Disclosure #3**:  A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

Guards' receipts for Friday and Saturday nights.

**Disclosure #4**:  Available for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Insurance information to be provided.

                Respectfully submitted,

                MARTELL, DONNELLY, GRIMALDI & GALLAGHER


                /s/ David F. Grimaldi
                David F. Grimaldi          #005306
                1900 L Street, N. W., Suite 401
                Washington, D. C. 20036
                (202) 293-0830
                Counsel for defendants Guards, Inc. and
                   Hossein Shirvani
                d.grimaldi@mdgg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendants' Rule 26(a) Initial Disclosures was e-filed with the Court and counsel this   18th   day of June, 2008.

>Benjamin L. Zelenko, Esquire
>Manuel S. Varela, Esquire
>Baach Robinson & Lewis, PLLC
>1201 F Street, N.W., Suite 500
>Washington, D.C. 20004


>  /s/ David F. Grimaldi
>David F. Grimaldi