UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Lido Music, Inc.**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **Guards, Inc.** and <br> **Hossein Shirvani**, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:08-cv-00506 (ESH) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL

Whereas Plaintiffs Lido Music, Inc., *et al.* ("Plaintiffs"), all members of the American Society of Composers, Authors & Publishers ("ASCAP"), brought this action against Guards Inc. and Hossein Shirvani ("Defendants"); and

Whereas Plaintiffs, on the dates on Schedule A annexed to the Complaint, were the respective owners of valid copyrights in the songs listed on Schedule A; and Plaintiffs' songs were performed publicly by Defendants at The Guards/Griffin Room in Washington, D.C. on the dates alleged in Schedule A; and such performances of Plaintiffs' copyrighted songs were willful infringements of Plaintiffs' copyrights; and

Whereas Plaintiffs and Defendants wish to resolve this matter without further litigation,

IT IS HEREBY AGREED that:

1. Defendants shall pay to ASCAP, as attorney-in-fact for each of the Plaintiffs, the sum of $12,000 as follows: $4,000 to be paid upon execution of this

agreement and the sum of $8,000 in eight equal payments of $1,000 to be made on or before each of the following dates:  September 1, 2008; October 1, 2008; November 1, 2008; December 1, 2008; January 1, 2009; February 1, 2009; March 1, 2009 and April 1, 2009.

2.   Defendants shall make these payments by delivering checks made payable to ASCAP, by hand or by certified or registered mail, to ASCAP, Legal Department, One Lincoln Plaza, New York, New York 10023, Attention:  Andrew Schaffer, Esq. on the dates set forth above.

3.   In the event Defendants sell or agree to sell The Guards/Griffin Room or file for bankruptcy protection prior to the payment of all sums due hereunder, Defendants shall notify Plaintiffs' counsel immediately.  Such sale or agreement for sale or petition in bankruptcy shall automatically accelerate the payment schedule set forth in Paragraph 1 and all sums thereunder shall become immediately due and payable.  If the Defendants fail to provide the notice required by this Paragraph, Plaintiffs shall have leave to obtain judgment against Defendants pursuant to Paragraph 4.

4.   In the event that Defendants default in making any of the payments provided herein, judgment shall be entered upon this Stipulation for $15,000.00 plus attorneys' fees reasonably necessary to obtain this sum and interest at the lawful rate for post judgment interest, less the amount of any payments made by Defendants under Paragraph 1 above.  This judgment may be entered upon ten (10) days' notice by first-class mail from counsel for Plaintiffs to counsel for Defendants.

5.   Contemporaneously with the execution of this Stipulation, Defendants and ASCAP shall enter into an ASCAP license agreement for The Guards/Griffin Room for

the term commencing January 1, 2008 at the annual rate of $739 and Defendants agree that they will comply with all terms and conditions of such License Agreement. The 2008 annual license fee to be paid upon the signing of this Stipulation and any license fees due thereafter under Defendants' ASCAP License shall be in addition to the settlement sum described in Paragraph 1 above.

6. This agreement shall constitute a full and final release of any claims which ASCAP and Plaintiffs may have against Defendants arising out of prior unauthorized, non-dramatic performances of copyrighted musical works at The Guards/Griffin Room.

7. Defendants hereby acknowledge that they have read this agreement, that they understand it, and that they enter into it voluntarily.

8. Subject to the terms of Paragraph 4 above, this case shall be dismissed. In the event of any default, Plaintiffs shall have leave to obtain judgment against Defendants pursuant to Paragraph 4.

Dated: 8/18/08

_____
Hossein Shirvani
Individually and on behalf of Guards Inc.

Dated: 8/20/08

_____
David F. Grimaldi, Esq. (DC Bar #005306)
Counsel for Defendants
MARTELL, DONNELLY, GRIMALDI &
  GALLAGHER
1900 L Street, NW, Suite 401
Washington, DC 20036
(202) 293-0830

Dated: 8/25/08

Benjamin L. Zelenko, Esq. (DC Bar #154088)
Manuel S. Varela, Esq. (DC Bar #461331)
Counsel for Plaintiffs
BAACH ROBINSON & LEWIS PLLC
1201 F Street, NW, Suite 500
Washington, DC 20004-1225
(202) 833-8900


**BY THE COURT:**

It is this _____ day of _____ 2008, SO ORDERED.


Dated: _____

_____
ELLEN SEGAL HUVELLE
United States District Court Judge